UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TANNER ZABIK,

    Plaintiff,

v.

    Case No. 24-12473
    Hon. Denise Page Hood

CONTINENT 8 TECHNOLOGIES,

    Defendants.
_____/

## ORDER GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY LITIGATION OF COMPLAINT [ECF NO. 9]

Before the Court is Defendant, Continent 8 Technologies' Motion to Compel Arbitration and Stay Litigation of Complaint.[1] [ECF No. 9]. Plaintiff Tanner Zabik does not oppose Defendant's motion. [ECF No. 11]. Defendant requests that the Court enter an order (1) compelling Plaintiff to submit his claim to arbitration and (2) staying Plaintiff's Complaint pending completion of the arbitration. Defendant's unopposed motion is GRANTED.

In light of the foregoing,

IT IS SO ORDERED that Defendant's Motion to Compel Arbitration and Stay Litigation of the Complaint [ECF No. 9] is GRANTED;

---

[1] The Court notes that Defendant may have been improperly named as "Continent 8 Technologies" while its proper name is Continent 8 LLC. See [ECF No. 9, PageID.30; ECF No. 7]. However, Defendant does not assert that service was improper.

IT IS FURTHER ORDERED that this matter will be stayed and administratively closed pending the outcome of arbitration.

SO ORDERED.

/s/Denise Page Hood
Denise Page Hood
United States District Judge

Dated: May 5, 2025

I hereby certify that a copy of the foregoing document was served upon counsel of record or party on May 5, 2025, by electronic and/or ordinary mail.

s/Tara Villereal
Tara Villereal
Case Manager